# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PAUL L. BAKER,**

        **Plaintiff,**

**-vs-**                                      **Case No.  6:05-cv-1004-Orl-22DAB**

**COMMISSIONER OF SOCIAL
SECURITY,**

        **Defendant.**

_____

## ORDER

    This cause came on for consideration without oral argument on the following motion filed

herein:

---

**MOTION:**    **MOTION FOR JUDGMENT BY DEFAULT (Doc. No. 10)**

**FILED:**      **September 13, 2005**

_____

**THEREON** it is **ORDERED** that the motion is **DENIED**.

---

    Defendant filed a timely Answer in this cause.  As noted by Plaintiff, the summons was served

on July 13, 2005.[1]  As reflected on the summons itself, the Commissioner was required to *serve* a

reply with 60 days, "exclusive of the day of service." *See also* Rule 12(a)(3)(A).  Thus, counting July

14th as day one, the 60th day falls on September 11, 2005, which was a Sunday.  The rules provide

that if the last day falls on a Saturday or Sunday, "the period runs until the end of the next day which

is not one of the aforementioned days," that is, Monday, September 12, 2005.  Rule 6(a), Fed. R. Civ.

---

    [1]A party is served when the summons is received by the party, not when the summons itself was issued or given to
the process server. *See* Rule 4(i), Fed. R. Civ. P.  Here, the proof of service shows that it was received July 13, 2005.

P.  The record reflects that on that day, the Commissioner filed and served her Answer.[2]  As such, it

is timely and the motion for default is without merit.

       **DONE** and **ORDERED** in Orlando, Florida on September 19, 2005.

*David A. Baker*
                    DAVID A. BAKER
         UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[2]Note that service of an Answer by mail, as allowed by the Rules, is complete on mailing.  Rule 5(b)(2)(B).  The Certificate of Service reflects that the Commissioner mailed her Answer to Plaintiff on September 12, 2005.